**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NICHOLAS E. DEAN, | ) | NO. CV 10-09649 CAS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GARY SANDOR, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 18, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE